UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Re: Kevin Zimmerman ADA Litigation | 2:17-cv-00305-APG-NJK<br>2:17-cv-00306-KJD-CWH<br>2:17-cv-00307-JCM-GWF<br>2:17-cv-00308-JCM-VCF<br>2:17-cv-00310-APG-GWF<br>2:17-cv-00312-RFB-VCF<br>2:17-cv-00395-JAD-CWH<br>2:17-cv-00397-JAD-PAL<br>2:17-cv-00398-JCM-VCF<br>2:17-cv-00399-RFB-VCF<br>2:17-cv-00400-JCM-VCF<br>2:17-cv-00401-RFB-PAL<br>2:17-cv-00402-RFB-CWH<br>2:17-cv-00403-JAD-NJK<br>2:17-cv-00404-JAD-VCF<br>2:17-cv-00405-JAD-PAL<br>2:17-cv-00407-JAD-PAL<br>2:17-cv-00408-JCM-VCF<br>2:17-cv-00409-RFB-VCF<br>2:17-cv-00411-JCM-NJK<br>2:17-cv-00415-JCM-GWF<br>2:17-cv-00418-JCM-VCF<br>2:17-cv-00419-JCM-GWF<br>2:17-cv-00423-APG-VCF<br>2:17-cv-00425-JCM-PAL<br>2:17-cv-00426-APG-GWF<br>2:17-cv-00428-JAD-CWH<br>2:17-cv-00429-JAD-VCF<br>2:17-cv-00430-JCM-CWH<br>2:17-cv-00433-RFB-PAL | 2:17-cv-00435-APG-PAL<br>2:17-cv-00436-APG-NJK<br>2:17-cv-00438-APG-PAL<br>2:17-cv-00518-RFB-PAL<br>2:17-cv-00520-APG-GWF<br>2:17-cv-00522-JAD-VCF<br>2:17-cv-00523-JCM-VCF<br>2:17-cv-00526-RFB-VCF<br>2:17-cv-00527-RFB-GWF<br>2:17-cv-00528-APG-VCF<br>2:17-cv-00529-JAD-NJK<br>2:17-cv-00531-JAD-NJK<br>2:17-cv-00532-JCM-CWH<br>2:17-cv-00533-APG-GWF<br>2:17-cv-00536-JCM-GWF<br>2:17-cv-00538-RFB-NJK<br>2:17-cv-00539-APG-CWH<br>2:17-cv-00541-APG-CWH<br>2:17-cv-00551-RFB-CWH<br>2:17-cv-00555-JAD-CWH<br>2:17-cv-00556-JCM-NJK<br>2:17-cv-00557-RFB-VCF<br>2:17-cv-00559-MMD-CWH<br>2:17-cv-00560-KJD-GWF<br>2:17-cv-00561-APG-NJK<br>2:17-cv-00563-JCM-PAL<br>2:17-cv-00565<br>2:17-cv-00567<br>2:17-cv-00568-APG-GWF<br>2:17-cv-00569-JAD-GWF<br>2:17-cv-00572-JAD-NJK |
|---|---|---|

## OMNIBUS TRANSFER ORDER

Plaintiff Kevin Zimmerman has filed more than 70 public-accommodation lawsuits alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. ("ADA"), in this district since February 1, 2017. In each action, he moves for pauper status and alleges that the defendant's violations of the ADA and its Accessibility Guidelines have prevented him from the full use and enjoyment of the defendant's facility. The allegations in each of these cases are nearly identical.

Having reviewed these cases, the judges of this district have concluded that judicial economy will be served by transferring all of these Zimmerman ADA cases to a single District Court Judge and Magistrate Judge. Accordingly, THE UNDERSIGNED JUDGES—exercising the court's inherent power to control the management of the docket and in order to foster judicial economy—HEREBY **ORDER each of these cases to be TRANSFERRED to Chief Judge Gloria Navarro and Magistrate Judge George Foley** (who were assigned the earliest open case, 2:17-cv-00304-GMN-GWF), **for all further proceedings**:

2:17-cv-00305-APG-NJK Zimmerman v. Mannat, Corp

2:17-cv-00306-KJD-CWH Zimmerman v. MRG-RC5, LLC

2:17-cv-00307-JCM-GWF Zimmerman v. Nevada CVS Pharmacy, LLC

2:17-cv-00308-JCM-VCF Zimmerman v. Panda Express, Inc.

2:17-cv-00310-APG-GWF Zimmerman v. SL Investments, Inc

2:17-cv-00312-RFB-VCF Zimmerman v. Starbucks Corporation

2:17-cv-00395-JAD-CWH Zimmerman v. 99 Cents Only Stores, LLC

2:17-cv-00397-JAD-PAL Zimmerman v. A.Z.Y. Mander, Inc.

2:17-cv-00398-JCM-VCF Zimmerman v. Albertson's, LLC

2:17-cv-00399-RFB-VCF Zimmerman v. Chipotle Mexican Grill, Inc.

2:17-cv-00400-JCM-VCF Zimmerman v. Circle K Stores, Inc.

2:17-cv-00401-RFB-PAL Zimmerman v. Deep Elem, Inc.

2:17-cv-00402-RFB-CWH Zimmerman v. Del Taco, LLC

2:17-cv-00403-JAD-NJK Zimmerman v. Einstein and Noah, Corp.

2:17-cv-00404-JAD-VCF Zimmerman v. El Pollo Loco, Inc.

2:17-cv-00405-JAD-PAL Zimmerman v. Hobby Lobby Stores, Inc.

2:17-cv-00407-JAD-PAL Zimmerman v. Kohl's Department Stores, Inc

2:17-cv-00408-JCM-VCF Zimmerman v. Lowe's Home Centers, LLC

2:17-cv-00409-RFB-VCF Zimmerman v. Midjit Market, Inc.

2:17-cv-00411-JCM-NJK Zimmerman v. Midjit Market, Inc.

2:17-cv-00415-JCM-GWF Zimmerman v. Nevada AK, Inc.

2:17-cv-00418-JCM-VCF Zimmerman v. Payless ShoeSource,.Inc.

2:17-cv-00419-JCM-GWF Zimmerman v. Petsmart, Inc.

2:17-cv-00423-APG-VCF Zimmerman v. Ross Dress for Less, Inc.

2:17-cv-00425-JCM-PAL Zimmerman v. S.L. Investments, Inc.

2:17-cv-00426-APG-GWF Zimmerman v. Sonoran Barbeque Nevada, LLC

2:17-cv-00428-JAD-CWH Zimmerman v. Terrible Herbst, Inc.

2:17-cv-00429-JAD-VCF Zimmerman v. Terrible Herbst, Inc.

2:17-cv-00430-JCM-CWH Zimmerman v. Terrible Herbst, Inc.

2:17-cv-00433-RFB-PAL Zimmerman v. Via Veneto of CA Corporation

2:17-cv-00435-APG-PAL Zimmerman v. Wal-Mart Stores, Inc.

2:17-cv-00436-APG-NJK Zimmerman v. Wal-Mart Stores, Inc.

2:17-cv-00438-APG-PAL Zimmerman v. YSR, Inc.

2:17-cv-00518-RFB-PAL Zimmerman v. Archland Property I, LLC

2:17-cv-00520-APG-GWF Zimmerman v. Best Buy Stores, Limited Partnership

2:17-cv-00522-JAD-VCF Zimmerman v. BG Retail, LLC

2:17-cv-00523-JCM-VCF Zimmerman v. Cardivan LLC

2:17-cv-00526-RFB-VCF Zimmerman v. F.L. Smith, LLC

2:17-cv-00527-RFB-GWF Zimmerman v. Glencoe Properties, Inc.

2:17-cv-00528-APG-VCF Zimmerman v. Hallmark Retail, LLC

2:17-cv-00529-JAD-NJK Zimmerman v. Home Depot U.S.A., Inc.

2:17-cv-00531-JAD-NJK Zimmerman v. Jett Gaming, LLC

2:17-cv-00532-JCM-CWH Zimmerman v. Kitay Joyce F Trust R-401

2:17-cv-00533-APG-GWF Zimmerman v. Marshalls of MA, Inc.

2:17-cv-00536-JCM-GWF Zimmerman v. National Retail Properties, LP

2:17-cv-00538-RFB-NJK Zimmerman v. Nevada CVS Pharmacy, LLC

2:17-cv-00539-APG-CWH Zimmerman v. Officemax North America, Inc.

2:17-cv-00541-APG-CWH Zimmerman v. OfficeMax Incorporated

2:17-cv-00551-RFB-CWH Zimmerman v. P J D Properties, LP

2:17-cv-00555-JAD-CWH Zimmerman v. Rebel Land & Development, LLC

2:17-cv-00556-JCM-NJK Zimmerman v. Rebel Oil Company, Incorporated

2:17-cv-00557-RFB-VCF Zimmerman v. Ronald C Darling and Jane Doe Darling

2:17-cv-00559-MMD-CWH Zimmerman v. S. Larson Family Limited Partnership

2:17-cv-00560-KJD-GWF Zimmerman v. Siavash, et al

2:17-cv-00561-APG-NJK Zimmerman v. Silver Meadow Properties, LLC

2:17-cv-00563-JCM-PAL Zimmerman v. Snowed Inn, LLC

2:17-cv-00565 Zimmerman v. Stuart and Jane Doe Apollo

2:17-cv-00567 Zimmerman v. Target, Corporation

2:17-cv-00568-APG-GWF Zimmerman v. Wal-Mart Stores, Inc.

2:17-cv-00569-JAD-GWF Zimmerman v. Wendy's Las Vegas, Inc.

2:17-cv-00572-JAD-NJK Zimmerman v. Zigman Family Trust

IT IS FURTHER ORDERED that **plaintiff must file a copy of this order in any future ADA case he files in this district.**

DATED this 23 day of February, 2017

Gloria M. Navarro
Chief United States District Judge

Miranda M. Du
United States District Judge

Richard F. Boulware
United States District Judge

Andrew P. Gordon
United States District Judge

Kent J. Dawson
United States District Judge

James C. Mahan
United States District Judge

Jennifer A. Dorsey
United States District Judge