1   ROGER L. GRANDGENETT II, ESQ., Bar # 6323
    MATTHEW T. CECIL, ESQ., Bar # 9525
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
3   Suite 300
    Las Vegas, NV 89169-5937
4   Telephone:    702.862.8800
    Fax No.:      702.862.8811
5   Email: rgrandgenett@littler.com
    Email: mcecil@littler.com
6
    Attorneys for Defendant
7   Wal-Mart Stores, Inc.

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11   KEVIN ZIMMERMAN, an individual,        Case No. 2:17-cv-00435-GMN-GWF

12              Plaintiff,                   [PROPOSED] STIPULATION AND
                                            ORDER TO EXTEND TIME FOR
13   vs.                                     DEFENDANT TO FILE A RESPONSE TO
                                            THE COMPLAINT
14   WAL-MART STORES, INC.,
                                            [FIRST REQUEST]
15              Defendant.

16

17          Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant WAL-MART

18   STORES, INC., (hereinafter, "Defendant") by and through their undersigned counsel, hereby agree

19   and stipulate to extend the time for Defendant to file a response to the Plaintiff's Complaint from the

20   current deadline of April 27, 2017 up to and including **May 18, 2017**.

21          The parties have begun discussions about a possible early resolution to this matter and are

22   requesting this extension of time so that they have sufficient time to fully explore a possible

23   resolution that could render a response to the Complaint unnecessary.

24   / / /

25   / / /

26   / / /

27   / / /

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: April 26, 2017

Respectfully submitted,


/s/ Whitney C. Wilcher
WHITNEY C. WILCHER, ESQ.
THE WILCHER FIRM

Attorney for Plaintiff
KEVIN ZIMMERMAN

Dated: April 26, 2017

Respectfully submitted,


/s/ Matthew T. Cecil
ROGER L. GRANDGENETT II, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: _____ April 27 _____, 2017.


_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Firmwide:147305470.1 999999.6420

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800