1 ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MATTHEW T. CECIL, ESQ., Bar # 9525
2 LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
3 Suite 300
Las Vegas, NV 89169-5937
4 Telephone: 702.862.8800
Fax No.: 702.862.8811
5 Email: rgrandgenett@littler.com
Email: mcecil@littler.com
6
Attorneys for Defendant
7 Wal-Mart Stores, Inc.

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

10

| | |
|---|---|
| 11 KEVIN ZIMMERMAN, an individual, | Case No. 2:17-cv-00435-GMN-GWF |
| 12 Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT** |
| 13 vs. | |
| 14 WAL-MART STORES, INC., | |
| 15 Defendant. | **[THIRD REQUEST]** |

16

17 Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant WAL-MART

18 STORES, INC., (hereinafter, "Defendant") by and through their undersigned counsel, hereby agree

19 and stipulate to extend the time for Defendant to file a response to the Plaintiff's Complaint from the

20 current deadline of June 16, 2017 up to and including **July 17, 2017**.

21 The parties' counsel met on June 9, 2017 and reached a settlement, the general terms of

22 which have since been confirmed in an email. Currently, Defendant is preparing the formal

23 settlement agreement for Plaintiff's review and execution. At this time, a response to the complaint

24 is unnecessary because this matter will be dismissed after the settlement is executed. Accordingly,

25 the parties request that this stipulation be granted.

26 The parties believe the settlement will be finalized in the next two weeks, but have requested

27 this 30 day extension out of an abundance of caution to ensure sufficient time to resolve any

28 potential wording issues with the settlement agreement.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the third request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 16, 2017

Respectfully submitted,

/s/ *Whitney C. Wilcher*
WHITNEY C. WILCHER, ESQ.
THE WILCHER FIRM

Attorney for Plaintiff
KEVIN ZIMMERMAN

Dated: June 16, 2017

Respectfully submitted,

/s/ *Matthew T. Cecil*
ROGER L. GRANDGENETT II, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: __June 19__, 2017.

_____
UNITED STATES MAGISTRATE JDUGE

Firmwide:148272365.1 999999.6420

2.