ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MATTHEW T. CECIL, ESQ., Bar # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: mcecil@littler.com

Attorneys for Defendant
Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 2:17-cv-00435-GMN-GWF<br><br>**[~~PROPOSED~~] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT**<br><br>**[FOURTH REQUEST]** |

Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant WAL-MART STORES, INC., (hereinafter, "Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Plaintiff's Complaint from the current deadline of July 17, 2017 up to and including **August 14, 2017**.

The parties' counsel met on June 9, 2017 and reached a settlement, the general terms of which have since been confirmed in an email. At this time, a response to the complaint is unnecessary because this matter will be dismissed after the settlement is executed. Accordingly, the parties request that this stipulation be granted.

The settlement agreement should be finalized on July 21st and will thereafter be exchanged for signature. The parties believe the settlement will be finalized in the next two weeks, but have requested this 28 day extension out of an abundance of caution to ensure sufficient time to resolve any potential wording issues with the settlement agreement.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the fourth request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 17, 2017

Respectfully submitted,

/s/ *Whitney C. Wilcher*
WHITNEY C. WILCHER, ESQ.
THE WILCHER FIRM

Attorney for Plaintiff
KEVIN ZIMMERMAN

Dated: July 17, 2017

Respectfully submitted,

/s/ *Matthew T. Cecil*
ROGER L. GRANDGENETT II, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**ORDER**

    **IT IS SO ORDERED.**

Dated: _____August 15_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:148853810.1 999999.6420

2.